O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 1 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>Foster, Jason Scott<br><br>　　　　　　　　Defendant. | Case No.: SACR11-118-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backyrd, cmty ties unknown due to failure to interview; bail resources unknown; history of non-compliance w/supervision conditions; ongoing substance abuse problem___

and/or

B. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Substance abuse history; extensive crim history record_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 9/13/13

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE